UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>  Plaintiff,<br>vs.<br><br>STREET MODA, LLC, an Iowa Limited Liability Company; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO.: 2:18-cv-01228-SVW-SS<br><br>**ORDER GRANTING STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Hon. Stephen V. Wilson** |

**Plaintiff Deckers Outdoor Corporation** ("Deckers" or "Plaintiff") having filed a Complaint in this action charging **Defendant Street Moda, LLC** ("Defendant" or "Street Moda") with Federal Trademark Infringement, Federal Trade Dress Infringement, Patent Infringement, and related claims under California state and common law arising from Defendant's manufacture, distribution, advertising, marketing, offering for sale, and sale of certain footwear identified by Style Names "Moda Essentials Short Button Women's Faux Sheepskin Winter Boots" and "Moda Essentials Tall Button Women's Faux Sheepskin Winter Boots" (depicted below and

hereinafter referred to as "Accused Products") that Deckers has alleged infringe upon or otherwise violate Deckers' rights in the UGG® Sun Mark, Bailey Button Boot Trade Dress, D599,999 Patent (" '999 Patent"), and D594,638 Patent (" '638 Patent"):



*Defendant's Accused Products*

**WHEREAS**, the parties herein have simultaneously entered into a confidential Settlement Agreement and Mutual Release;

**WHEREAS** the parties have stipulated to the following terms of a permanent injunction:

1. Defendant and its agents, servants, successors and assigns are hereby immediately and permanently restrained and enjoined from:

(a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Accused Products and/or any other products which infringe upon the UGG® Sun Mark, Bailey Button Boot Trade Dress, '999 Patent, and/or '638 Patent;

(b) Challenging the validity, enforceability, or Deckers' ownership of

the UGG® Sun Mark, Bailey Button Boot Trade Dress, '999 Patent, and/or '638 Patent in any future proceedings;

        (c)    Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a) through 1(b) above.

      **WHEREAS** the parties further stipulated to the following:

      2.    This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

      3.    The execution of this stipulation shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

      4.    Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

      5.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Order as well as the parties' confidential settlement agreement in connection with this action.

      6.    Except as otherwise provided herein, this action is fully resolve and dismissed with prejudice.

DATED: May 23, 2018

                                  Hon. Stephen V. Wilson
                                  **United States District Judge**